**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 19-02463 |
| Elaine Cooper | ) | HON. Jacqueline P. Cox |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## NOTICE OF MOTION

NOTICE OF MOTION TO: Thomas H. Hooper, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603, via electronic court notification;

THE SEMRAD LAW FIRM LLC via Clerk's ECF noticing procedures;

Elaine Cooper, 2262 W 111th St, Apt F, Chicago, IL 60643.

Please take notice that on July 18, 2022, at 9:00 a.m., I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, and present the motion to substitute attorney, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646- 828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **161 273 2896** and the password is **778135**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, certifies that he served a copy of this notice and the attached motion, on each entity shown on the attached list at the address shown and by the method indicated on the list on July 1, 2022, via U.S. Mail with postage prepaid from the mailbox located at 10258 S Western Avenue, Suite 210A, Chicago IL 60643

    /s/ Steve Miljus
Feldman Garcia Leshinsky & Miljus, LLC
10258 S Western Avenue, Suite 210A
Chicago IL 60643
(312) 248-2781
smiljus@fglmlawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19-02463 |
| Elaine Cooper ) | HON. Jacqueline P. Cox |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## MOTION TO SUBSTITUTE ATTORNEY

NOW COMES, Elaine Cooper, (Debtor), by and through Debtor's attorneys, Feldman Garcia Leshinsky & Miljus, LLC (FGLM), and for her Motion to Substitute Attorney, states as follows:

1. On January 29, 2019 ("Petition Date"), Debtor filed her Petition for Relief under Chapter 13 of the United States Bankruptcy Code, and the Debtor's Plan was confirmed on March 18, 2019.

2. The Debtor no longer wishes to be represented by The Semrad Law Firm, LLC (Semrad) Instead, the Debtor wishes to retain Steve Miljus of FGLM to represent her in this case.

3. On March 18, 2019, this Court entered an order approving attorney's fees totaling $4,000.00 for legal services *through conclusion of the case*.

4. Debtor has paid Semrad a total of $4,000.00 but the case is not complete. The Debtor is in the 42nd month of the plan, has an estimated plan balance of 21 months.

5. FGLM has reviewed the petition and plan and has entered into an agreement to charge the Debtor a total of $1,100.00 to represent her through the completion of the case (the remaining Plan balance is roughly 33% of the overall Plan term and FGLM's fee is roughly 27% of the total fee).

6. Debtor requests that Semrad refund a total of $1,100.00 they have received for legal services and have funds mailed to FGLM to compensate Debtor's new attorney for legal services through the conclusion of the case.

7. That On July 1, 2022, Steve Miljus notified Patrick Semrad of Debtor's intent to terminate her relationship with Semrad and retain him as counsel in this case.

WHEREFORE, the Debtor prays that this Court enter an order substituting Steve Miljus of Feldman Garcia Leshinsky & Miljus, LLC for Patrick Semrad of The Semrad Law Firm, LLC as Debtor's counsel in this Bankruptcy case, and asks for such other and further relief as is just and necessary.

Respectfully submitted,

/s/ *Steve Miljus*
Feldman Garcia Leshinsky & Miljus, LLC
10258 S Western Avenue
Suite 210A
Chicago IL 60643
(312) 248-3382